IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN BEANLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Civil Action No. 1:22-cv-00672-MAK |

### STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO SERVE RESPONSE TO PLAINTIFF'S SETTLEMENT DEMAND

**WHEREAS**, pursuant to this Court's August 9, 2022 Order (D.I. 38), Plaintiff served his written demand for relief on December 7, 2022;

**WHEREAS,** Defendant's written response to Plaintiff's demand is due on December 22, 2022;

**WHEREAS,** Defendant seeks a one-week extension of time to respond to Plaintiff's demand so it can complete its review of the relevant data and formulate a response;

**WHEREAS,** Defendant has agreed to provide Plaintiff's counsel for settlement purposes with access to any data (not previously provided) that it relied upon to formulate its response to Plaintiff's demand, except for data that is privileged or otherwise protected from disclosure, at the same time that Defendant responds to Plaintiff's demand; and

**WHEREAS,** the parties have conferred and agreed that a one-week extension would not prejudice Plaintiff or delay the parties' mediation, which is currently set for January 11, 2023;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendant and subject to the approval of the Court, that the deadline for Defendant to serve its response to Plaintiff's settlement demand is extended to

December 29, 2022 at 12 noon ET and Defendant will provide Plaintiff's counsel for settlement purposes access to any data (not previously provided) that Defendant relied upon to formulate its response to Plaintiff's demand, except for data that is privileged or otherwise protected from disclosure, at the same time.

| | |
|---|---|
| DATED: December 20, 2022 | DATED: December 20, 2022 |
| /s/Kimberly Evans | /s/Wali W. Rushdan II |
| Kimberly Evans (State Bar #5888) | Wali W. Rushdan II (State Bar #5796) |
| BLOCK & LEVITON LLP | FOX ROTHSCHILD LLP |
| 3801 Kennett Pike, Ste. C-305 | 919 N. Market Street, Suite 300 |
| Wilmington, DE 19807 | Wilmington, DE 19801 |
| Telephone: (302) 499-3601 | Telephone: (302) 622-4265 |
| Fax: (617) 507-6020 | Facsimile: (302) 656-8920 |
| kim@blockleviton.com | wrushdan@foxrothschild.com |
| | |
| R. Joseph Barton (*pro hac vice*) | Colleen Hitch Wilson (*pro hac vice*) |
| Colin M. Downes (*pro hac vice*) | Michael C. McLaren (*pro hac vice*) |
| BLOCK & LEVITON LLP | FEDERAL EXPRESS CORPORATION |
| 1633 Connecticut Ave., NW, Ste. 200 | 3620 Hacks Cross Rd., Bldg. B, 3d Fl. |
| Washington D.C. 20009 | Memphis, TN 38125 |
| Telephone: (202) 734-7046 | Telephone: 901-434-8338 |
| Fax: (617) 507-6020 | chitchwilson@fedex.com |
| jbarton@blockleviton.com | michael.mclaren@fedex.com |
| colin@blockleviton.com | |
| | Mark W. Robertson (*pro hac vice*) |
| Michael J. Scimone (*pro hac vice*) | O'MELVENY & MYERS LLP |
| OUTTEN & GOLDEN LLP | 7 Times Square |
| 685 Third Avenue, 25th Floor | New York, NY 10036 |
| New York, New York 10017 | Telephone: (212) 326-2000 |
| Telephone (212) 245-1000 | Facsimile: (212) 326-2061 |
| Email: mscimone@outtengolden.com | mrobertson@omm.com |
| | |
| Peter Romer-Friedman (*pro hac vice*) | M. Tristan Morales (*pro hac vice*) |
| Robert D. Friedman (*pro hac vice*) | O'MELVENY & MYERS LLP |
| GUPTA WESSLER PLLC | 1625 Eye St NW |
| 2001 K Street NW, Suite 850 | Washington, DC 20006 |
| Washington, D.C. 20006 | Telephone: (202) 383-5300 |
| Telephone: (202) 888-1741 | Facsimile: (202) 383-5414 |
| Email: peter@guptawessler.com | tmorales@omm.com |
| Email: robert@guptawessler.com | |
| | Jason Zarrow (*pro hac vice*) |
| Matthew Z. Crotty (*pro hac vice*) | O'MELVENY & MYERS LLP |
| CROTTY & SON LAW FIRM, PLLC | 400 South Hope Street |

<div style="display: flex;">

905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
matt@crottyandson.com

Thomas G. Jarrard (*pro hac vice*)
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Tjarrard@att.net

*Attorneys for Plaintiff*

Los Angeles, California 90071
Telephone: 213-430-8369
Facsimile: 213-430-6407
jzarrow@omm.com

*Attorney for Defendant*

</div>

 

**SO ORDERED** this _____ day of _____, 2022.

_____
The Honorable Mark A. Kearney