IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN BEANLAND on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>*Defendant* | Case No. 1:22-cv-00672-MAK<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff moves this Court for an order (1) preliminarily approving the Class Action Settlement Agreement between Plaintiff Darren Beanland and Defendant Federal Express Corporation dated March 1, 2023, (2) preliminarily approving the Proposed Plan of Allocation, (3) certifying the Class previously sought by Plaintiff subject to the modifications set forth in the attached Memorandum of Law, (4) appointing R. Joseph Barton of Barton & Downes LLP and Michael Scimone of Outten & Golden LLP as Co-Lead Class Counsel, (5) appointing Plaintiff Darren Beanland as Class Representative, (6) approving the form of notice to the Class and the plan of Class Notice, and (7) setting deadlines for a schedule of events as set forth below, including extending the date for Plaintiff to file a motion for attorneys' fees and expenses until 15 days before the deadline for class members to object,[1] setting a date for the Final Approval Hearing that provides a sufficient amount of time for mailing of the Class Notice, for Class Members to file any objections to the changes to the Settlement, and for Class Counsel to respond to any objections:

---

[1] For the reasons set forth in Plaintiff Counsel's letter to the Court, D.I. # 61, there is good cause under Rule 6(b) to extend this deadline set forth in the Court's prior Order (DI # 60).

1

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Defendant to provide all updated Class Data including Social Security Numbers for Class Notice | 10 Days After Order Certifying Class |
| Settlement Administrator to send Class Notice by U.S. mail and/or E-mail to the Class Members, as applicable | 30 Days After Preliminary Approval of Class Action Settlement Agreement |
| Settlement Administrator to submit declaration to Court confirming compliance with Notice procedures | 30 Days After Class Notice is Sent |
| Class Counsel to file motion for attorneys' fees, costs, expenses | 15 Days Before Objection Deadline |
| Plaintiff to file motion for service award | 15 Days Before Objection Deadline |
| Defendant deadline to file opposition (if any) to Class Counsel motion for attorneys' fees, costs, expenses | 7 Days Before Objection Deadline |
| Class Members to mail any objection to Class Action Settlement Agreement or Plan of Allocation | 45 Days After Class Notice is Sent |
| Class Counsel to file motion for final approval | 15 Days Before Fairness Hearing |
| Fairness Hearing | At least 105 Days after Preliminary Approval of Class Action Settlement Agreement |

This motion is based on the attached Memorandum of Law, the Declaration of Colin M. Downes, the exhibits thereto, and the proposed order submitted with this filing. Defendant does not oppose this Motion.

Dated: March 1, 2023	Respectfully submitted,

*/s/ Kimberly Evans*
Kimberly Evans (State Bar # 5888)
BLOCK & LEVITON LLP
3801 Kennett Pike, Ste. C-305
Wilmington, DE 19807
Telephone: (302) 499-3601
Fax: (617) 507-6020
Email: kim@blockleviton.com

R. Joseph Barton (admitted *pro hac vice*)
Colin M. Downes (admitted *pro hac vice*)
BARTON & DOWNES LLP
1633 Connecticut Ave., NW, Ste. 200
Washington D.C. 20009
Telephone: (202) 734-7046
Email: jbarton@bartondownes.com
Email: colin@bartondownes.com

Michael J. Scimone
(admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone (212) 245-1000
Email: mscimone@outtengolden.com

Peter Romer-Friedman (admitted *pro hac vice*)
Robert D. Friedman (admitted *pro hac vice*)
GUPTA WESSLER PLLC
2001 K Street NW, Suite 850
Washington, D.C. 20006
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Matthew Z. Crotty (admitted *pro hac vice*)
RIVERSIDE LAW GROUP, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Tel: (509) 850-7011
Email: mzc@riverside-law.com

        Thomas G. Jarrard (admitted *pro hac vice*)
        LAW OFFICE OF THOMAS G. JARRARD LLC
        1020 N. Washington St.
        Spokane, WA  99201
        Tel: (425) 239-7290
        Email: Tjarrard@att.net

        *Attorneys for Plaintiff*

### Rule 7.1.1 Certification

I certify that a reasonable effort has been made to reach agreement with counsel for the Defendant regarding the matters set forth in this motion. Defendant does not oppose the motion.

        */s/ Kimberly Evans*
        Kimberly Evans (State Bar # 5888)
        BLOCK & LEVITON LLP
        3801 Kennett Pike, Ste. C-305
        Wilmington, DE 19807
        Telephone: (302) 499-3601
        Fax: (617) 507-6020
        Email: kim@blockleviton.com

### Certificate of Service

I hereby certify that on March 1, 2023, I electronically filed the foregoing document using the CM/ECF system, which sent notification of such filing to all counsel of record in this case.

        */s/ Kimberly Evans*
        Kimberly Evans (State Bar # 5888)
        BLOCK & LEVITON LLP
        3801 Kennett Pike, Ste. C-305
        Wilmington, DE 19807
        Telephone: (302) 499-3601
        Fax: (617) 507-6020
        Email: kim@blockleviton.com