IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN BEANLAND on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>*Defendant* | C.A. No. 22-0672-MAK |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff respectfully moves this Court for an order approving Plaintff's Unopposed Motion for Final Approval of Class Action Settlement. This motion is based on the attached Memorandum of Law; the Declaration of R. Joseph Barton, the prior declaration of Colin M. Downes (D.I. # 64) and the Declaration of Lindsay Kline; and the proposed order submitted with this filing. Defendant does not oppose this Motion.

Dated: July 14, 2023

*Of Counsel*:

R. Joseph Barton (admitted *pro hac vice*)
Colin M. Downes (admitted *pro hac vice*)
BARTON & DOWNES LLP
1633 Connecticut Ave., NW, Ste. 200
Washington D.C. 20009
Telephone: (202) 734-7046
Email: jbarton@bartondownes.com
Email: colin@bartondownes.com

**BLOCK & LEVITON LLP**

 /s/ Kimberly A. Evans
Kimberly A. Evans (# 5888)
3801 Kennett Pike, Ste. C-305
Wilmington, DE 19807
Telephone: (302) 499-3601
Fax: (617) 507-6020
Email: kim@blockleviton.com

*Attorneys for Plaintiff & the Class*

1

Michael J. Scimone (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Email: mscimone@outtengolden.com

*Co-Lead Class Counsel*

Robert D. Friedman (admitted *pro hac vice*)
GUPTA WESSLER PLLC
2001 K Street NW, Suite 850
Washington, D.C. 20006
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Peter Romer-Friedman (admitted *pro hac vice*)
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6364
Email: peter@prf-law.com

Matthew Z. Crotty (admitted *pro hac vice*)
RIVERSIDE LAW GROUP, PLLC
905 W. Riverside Ave.
Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
Email: mzc@riverside-law.com